IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN RE: SEARCH WARRANT FOR
INFORMATION ASSOCIATED WITH THE
GOOGLE ACCOUNTS
SOUTHERNMAN4501@GMAIL.COM,
TJ599427@GMAIL.COM,
DAVIDDICKSON335@GMAIL.COM,
DAVE72042@GMAIL.COM,
JS0867517@GMAIL.COM, AND
TT4883957@GMAIL.COM

Case No. _____

**Filed Under Seal**

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google LLC, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the search warrant) of the existence of the attached search warrant until a period of one year.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including by: giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of a minor child. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google LLC shall not disclose the existence of the attached search warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of one year, except that Google LLC may disclose the attached search warrant to an attorney for Google LLC for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

_____1-22-20_____  
Date

_____[signature]_____  
SHARON L. OVINGTON  
UNITED STATES MAGISTRATE JUDGE

2